Certificate Number: 05781-FLM-DE-041291009

Bankruptcy Case Number: 26-05636



05781-FLM-DE-041291009

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2026</u>, at <u>11:28</u> o'clock <u>AM PDT</u>, <u>David Hiller</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:  <u>August 5, 2026</u>          By:     <u>/s/Allison M Geving</u>

                              Name:  <u>Allison M Geving</u>

                              Title:  <u>President</u>